## BUTLER vs. KENNER & AL.

An application for a jury, comes too late, when the court is about to pronounce judgment for want of an answer.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. This case was before us a few days since on the record brought up by the appellee. It is now again presented by the appellants.

There is neither statement of facts, bill of

exceptions, evidence taken down by the clerk,
nor certified by the judge, nor agreed on by
the parties, nor error of law appearing in the
proceedings.

It has been suggested that the latter ap-
pears, in the cause being decided on by the
court, when the pleadings required it to be
tried by a jury.

There is no foundation for this objection.
The case originated on the 17th of July, in an
application of the plaintiff to issue an execu-
tion on that part of a judgment which had not
been enjoined; on the 26th it was called for
argument, and continued by consent of parties
until the 31st. On the 31st it was, on motion
of the defendants, the plaintiff's counsel con-
senting; laid over to the 7th of August. On
the day last mentioned, the defendants not ap-
pearing, it was submitted by the plaintiff without
argument. On the 28th of the month the court
gave its judgment, and on the same day after
two continuances, and the court either had, or
was ready to pronounce its judgment, the de-
fendant filed an answer and prayed for a jury.
This the judge, in our opinion, most properly
disregarded. The application to change the
mode of trial came too late.

East'n. District.
*Feb.* 1825.

BUTLER
*vs.*
KENNER & AL.

We see nothing which will permit us to refuse the plaintiff's demand, that the judgment of the court below should be affirmed with damages.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs, and ten per cent damages on the amount for which execution was ordered to be issued.

*Hennen* for the plaintiff, *Grymes* for the defendants.